## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RICHARD KIRSCH, DDS,

     Plaintiff,

v.                                        Case No. 20-11930

ASPEN AMERICAN INSURANCE COMPANY,

     Defendant.

_____/

### JUDGMENT

Pursuant to the court's Opinion and Order dated December 14, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant Aspen American Insurance Company and against Plaintiff Richard Kirsch.

Dated at Port Huron, Michigan this 14th day of December, 2020.

                         DAVID J. WEAVER
                         CLERK OF THE COURT

                         BY: s/Lisa Wagner

Dated:  December 14, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 14, 2020, by electronic and/or ordinary mail.

                         s/Lisa Wagner_____/
                         Case Manager and Deputy Clerk
                         (810) 292-6522